UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| Clara S., | ) | Case No.: 3:24-cv-00577-YY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AWARDING ATTORNEY |
| | ) | FEES PER 28 USC 2412(d) & COSTS PER |
| | | 28 U.S.C. § 1920 |
| | ) | |
| | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, attorney fees in the amount of $15,135.58, and reimbursement of costs in the amount of $405.00 pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff. It is ordered that the attorney fee and costs will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt that qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no

such debt, then the awarded fees shall be sent to Plaintiff's attorney via electronic funds transfer or by mail, payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address at: 825 NE 20TH Ave., Suite 330, Portland OR, 97232.  If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address as shown above.

    IT IS SO ORDERED:    November 6, 2025

        /s/ Youlee Yim You
        UNITED STATES DISTRICT JUDGE

Proposed Order submitted:        Date:  October 23, 2025

/s/ George Wall
_____
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff, Clara S.